

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

25-11312

DEBTOR(S):

PAUL F DAVIS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 4 IN THE AMOUNT OF $1,437.67

CREDITOR'S SIGNATURE:

/s/ Alexica Marche' Thomason

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

6/5/2025