IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Paul F Davis | Case No. 25-11312-djb<br>Chapter 13 |
| PHH Mortgage Corporation,<br>      Movant | |
| vs. | |
| Paul F Davis ,<br>      Debtor | |

**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN**

PHH Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its OBJECTION TO CONFIRMATION OF PLAN filed on April 29, 2025, Doc # 16.

This 18th day of July, 2025.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>Paul F Davis<br><br>PHH Mortgage Corporation,<br>      Movant<br><br>vs.<br><br>Paul F Davis ,<br>      Debtor | Case No. 25-11312-djb<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on July 21, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Withdrawal of Objection to Confirmation of Plan

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: July 21, 2025

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MICHAEL A. CIBIK, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
Debtor's Attorney

Via:　　☒ CM/ECF　　☐ 1st Class Mail　　☐ Certified Mail　　☐ e-mail:
　　　　☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

Via:　　☒ CM/ECF　　☐ 1st Class Mail　　☐ Certified Mail　　☐ e-mail:
　　　　☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
US Trustee

Via:　　☒ CM/ECF　　☐ 1st Class Mail　　☐ Certified Mail　　☐ e-mail:
　　　　☐ Other:

Paul F Davis
2517 S 18th Street
Philadelphia, PA 19145-4504
Debtor

Via:　　☐ CM/ECF　　☒ 1st Class Mail　　☐ Certified Mail　　☐ e-mail:
　　　　☐ Other: