United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-11312-djb
Paul F. Davis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Aug 14, 2025     Form ID: 155     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Paul F. Davis, 2517 S 18th Street, Philadelphia, PA 19145-4504 |
| 14994245 | + | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 14994262 | ++ | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION, STRAWBERRY SQUARE, 15TH FLOOR, HARRISBURG PA 17120-0001 address filed with court:, Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14996038 | + | PHH Mortgage Corporation, C/O Andrew Spivack, Esq, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14994267 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14994271 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14994243 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 15 2025 00:39:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 14999208 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 15 2025 00:39:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14994246 | | Email/Text: megan.harper@phila.gov | Aug 15 2025 00:39:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14994248 | | Email/Text: cfcbackoffice@contfinco.com | Aug 15 2025 00:39:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14994244 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2025 00:45:10 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14994247 | | Email/Text: bankruptcy@philapark.org | Aug 15 2025 00:39:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14994249 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2025 00:45:25 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14994250 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2025 00:45:00 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14994251 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 15 2025 00:39:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14994252 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 15 2025 00:39:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14994253 | + | Email/Text: bankruptcy@webbank.com | Aug 15 2025 00:39:00 | Imagine Credit, Attn: Account Services/Bankruptcy, PO Box 105814, Atlanta, GA 30348-5814 |
| 14994254 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 15 2025 00:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15014810 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2025 00:39:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14994255 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2025 00:39:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 15001392 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 00:44:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14994256 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 00:44:56 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14994257 | | Email/Text: bankruptcy@marinerfinance.com | Aug 15 2025 00:39:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15014348 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2025 00:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14994258 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2025 00:39:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14994259 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 15 2025 00:39:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy, 1661 Worthington Rd, Ste 100, West Palm Beach, FL 33409-6493 |
| 14994260 | | Email/PDF: cbp@omf.com | Aug 15 2025 00:56:44 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14994261 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 15 2025 00:39:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14994265 | ^ | MEBN | Aug 15 2025 00:35:41 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14994266 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 15 2025 00:39:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 15007431 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 15 2025 00:39:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14996039 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 15 2025 00:39:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14998423 | + | Email/Text: RASEBN@raslg.com | Aug 15 2025 00:39:00 | PHH Mortgage Corporation, c/o Sherri Dicks, Esq, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14994263 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2025 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14994264 | ^ | MEBN | Aug 15 2025 00:35:49 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14994268 | | Email/Text: bankruptcy@philapark.org | Aug 15 2025 00:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14994269 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2025 00:56:41 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14994270 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 15 2025 00:39:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14995398 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 15 2025 00:44:55 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 155 | Total Noticed: 41 |

| 14994272 | Email/Text: bkelectronicnotices@usaa.com | Aug 15 2025 00:39:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 15001023 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 15 2025 00:39:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15014828 | *+ | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PHH Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Paul F. Davis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SHERRI DICKS | on behalf of Creditor PHH Mortgage Corporation sdicks@raslg.com  shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Paul F. Davis  )  Case No. 25−11312−djb
  )
  )
   Debtor(s).  )  Chapter: 13
  )
  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 14, 2025

For The Court

Derek J Baker
Judge, United States Bankruptcy Court