**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Paul F. Davis,<br><br>　　　　　　　　　*Debtor*. | Case No. 25-11312-DJB<br>Chapter 13 |

**Motion to Modify Plan After Confirmation**

Debtor Paul F. Davis, through his attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on April 3, 2025.

2. The plan was confirmed on August 14, 2025.

3. The City of Philadelphia has filed a secured claim post-confirmation, POC No. 16.

4. The proposed modified plan addresses the secured claim.

5. The Debtor asks this Court to approve the proposed modified plan filed at ECF No. 31.

**NOW, THEREFORE,** the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: October 15, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com