## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Paul F. Davis,<br><br>　　　　　　　　　　*Debtor*. | Case No. 25-11312-DJB<br>Chapter 13 |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 32, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 31) is **APPROVED**.

**Date:**

　　　　　　　　　　　　　　　　　　　　　　　Honorable Derek J. Baker
　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge