IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                            :
                                                  :   Chapter 13
PAUL F. DAVIS,                                    :
                                                  :   Case No. 25-11312 (DJB)
            Debtor.                               :
---------------------------------------------------------x

**STIPULATION AND ORDER REGARDING
THE CITY OF PHILADELPHIA'S PROOF OF CLAIM NO. 16-1**

Paul F. Davis (the "Debtor") and the City of Philadelphia (the "City") hereby agree to this Stipulation and Order regarding the City's proof of claim no. 16-1.

WHEREAS, the Debtor commenced the above-captioned bankruptcy case on April 3, 2025;

WHEREAS, on September 26, 2025, the City filed a proof of claim for non-filed business taxes (CE-06-09-73-1097 and CE-06-11-73-0952) in the amount of Ten Thousand One Hundred Sixty-Four Dollars ($10,164.00) (the "Judgments") plus an unliquidated claim for business taxes (the "Claim");

WHEREAS, after the Judgments were entered, the Debtor filed the missing tax returns;

NOW, THEREFORE, in consideration of the background set forth above and the terms and conditions of this Stipulation as more fully set forth below, the Debtor and the City (collectively referred to as the "Parties") agree to be bound and do hereby stipulate as follows:

1.     The Parties agree the Judgments shall be reduced to One Thousand One Hundred Sixty-Four Dollars ($1,164.00);

2. Within ten (10) days of this Stipulation receiving approval by this Honorable Court, the City shall amend the Claim to reflect the adjustments noted in paragraph 1 (the "Amended Claim").

3. Within ten (10) days of the City filing its Amended Claim, the Debtor shall amend his Plan to provide for payment in full of the City's Amended Claim, including post-petition interest.

4. The terms of this Stipulation shall not be binding upon the City should this case be dismissed or converted to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

Date: October 14, 2025

/s/ Michael A. Cibik
Michael A. Cibik, Esquire
For the Debtor

Date: October 21, 2025

/s/ Megan. N. Harper
Megan N. Harper, Esq.
Divisional Deputy City Solicitor
For the City of Philadelphia

Trustee has no objection to the Stipulation terms, without prejudice to any of our rights and remedies:

Date: October 20, 2025

/s/ LeeAne O. Huggins
Kenneth E. West, Esq
Chapter 13 Standing Trustee

AND NOW, this ____ day of _____, 2025, upon consideration of the Stipulation between Paul F. Davis and the City of Philadelphia, it is hereby ORDERED that the Stipulation is approved.

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE

**Date: October 22, 2025**