United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11312-djb |
| Paul F. Davis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 23, 2025 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Paul F. Davis, 2517 S 18th Street, Philadelphia, PA 19145-4504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: megan.harper@phila.gov | Oct 24 2025 00:36:00 | City of Philadelphia, Law Dept. - Tax Litig & Collections Unit, 1401 JFK Blvd., 5th F., Philadelphia, pa 19102 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 00:46:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + Email/Text: RASEBN@raslg.com | Oct 24 2025 00:35:00 | PHH Mortgage Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + Email/Text: BKEBN-Notifications@ocwen.com | Oct 24 2025 00:35:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 25, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 23, 2025 | Form ID: pdf900 | Total Noticed: 5 |

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PHH Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | on behalf of Debtor Paul F. Davis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SHERRI DICKS | on behalf of Creditor PHH Mortgage Corporation sdicks@raslg.com shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                                :
                                                      :    Chapter 13
PAUL F. DAVIS,                                        :
                                                      :    Case No. 25-11312 (DJB)
            Debtor.                                   :
------------------------------------------------------x

**STIPULATION AND ORDER REGARDING**
**THE CITY OF PHILADELPHIA'S PROOF OF CLAIM NO. 16-1**

Paul F. Davis (the "Debtor") and the City of Philadelphia (the "City") hereby agree to this Stipulation and Order regarding the City's proof of claim no. 16-1.

WHEREAS, the Debtor commenced the above-captioned bankruptcy case on April 3, 2025;

WHEREAS, on September 26, 2025, the City filed a proof of claim for non-filed business taxes (CE-06-09-73-1097 and CE-06-11-73-0952) in the amount of Ten Thousand One Hundred Sixty-Four Dollars ($10,164.00) (the "Judgments") plus an unliquidated claim for business taxes (the "Claim");

WHEREAS, after the Judgments were entered, the Debtor filed the missing tax returns;

NOW, THEREFORE, in consideration of the background set forth above and the terms and conditions of this Stipulation as more fully set forth below, the Debtor and the City (collectively referred to as the "Parties") agree to be bound and do hereby stipulate as follows:

1. The Parties agree the Judgments shall be reduced to One Thousand One Hundred Sixty-Four Dollars ($1,164.00);

2. Within ten (10) days of this Stipulation receiving approval by this Honorable Court, the City shall amend the Claim to reflect the adjustments noted in paragraph 1 (the "Amended Claim").

3. Within ten (10) days of the City filing its Amended Claim, the Debtor shall amend his Plan to provide for payment in full of the City's Amended Claim, including post-petition interest.

4. The terms of this Stipulation shall not be binding upon the City should this case be dismissed or converted to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

Date: October 14, 2025     /s/ Michael A. Cibik
Michael A. Cibik, Esquire
For the Debtor

Date: October 21, 2025     /s/ Megan. N. Harper
Megan N. Harper, Esq.
Divisional Deputy City Solicitor
For the City of Philadelphia

Trustee has no objection to the Stipulation terms, without prejudice to any of our rights and remedies:

Date: October 20, 2025     /s/ LeeAne O. Huggins
Kenneth E. West, Esq
Chapter 13 Standing Trustee

AND NOW, this ____ day of _____, 2025, upon consideration of the Stipulation between Paul F. Davis and the City of Philadelphia, it is hereby ORDERED that the Stipulation is approved.

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE

**Date: October 22, 2025**