IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>PAUL F DAVIS<br>    Debtor | Case No. 25-11312-djb |
| PHH Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>PAUL F DAVIS<br>    And<br>DOLORES A. NAULTY-DAVIS, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

I, __Daniel Delpesche__, employed as __Contract Management Coordinator__

by PHH Mortgage Corporation, hereby certifies the following:

Recorded on October 23, 2017, in Philadelphia County, Instrument Number 53282084.

Property Address:
2517 S 18th St, Philadelphia, Pennsylvania 19145.

Mortgage Servicer:
PHH Mortgage Corporation

Post-petition mailing address for Debtor(s) to send payment:
PHH Mortgage
Attn: SBRP
P.O. Box 24781
West Palm Beach, FL 33416

Mortgagor(s)/Debtor(s):
PAUL F DAVIS
DOLORES A NAULTY-DAVIS

**POST-PETITION PAYMENTS** (Petition was filed on April 3, 2025)

| Payment amount due | Date payment was due | Date payment was received | Amount received | Check number | How payment was applied (mo./yr.) |
|---|---|---|---|---|---|
| | | | | | |

| PLEASE SEE PAYMENT HISTORY ATTACHED AS EXHIBIT A | | | | | |
|---|---|---|---|---|---|
| | | | | | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of December 10, 2025.

TOTAL AMOUNT OF POST-PETITION ARREARS $6,028.38 as of December 10, 2025.

Upon information and belief, the payoff amount as of December 10, 2025 is $260,763.00.

Debtor's Schedule A/B lists a fair market value for the Property in amount of $307,760.00.

I certify under penalty of perjury that the above is true.

Dated: 12/24/2025

PHH Mortgage Corporation

_____
Print Name and Title

Daniel Delpesche   Contract Management Coordinator