# EXHIBIT A

| Name: | Paul F Davis | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 25-11312 | | | | | |
| Filing Date: | 4/3/2025 | | | | | |
| Post First Due: | 5/1/2025 | | | | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| | 5/1/2025 | $ 2,110.30 | | $ 2,110.30 | $ 2,110.30 | |
| | 6/2/2025 | $ 2,308.62 | | $ 2,308.62 | $ 4,418.92 | |
| 5/1/2025 | 6/3/2025 | | $ 2,209.46 | $ (2,209.46) | $ 2,209.46 | |
| 6/1/2025 | 6/4/2025 | | $ 2,209.46 | $ (2,209.46) | $ - | |
| | 7/1/2025 | $ 2,209.46 | | $ 2,209.46 | $ 2,209.46 | |
| 7/1/2025 | 7/2/2025 | | $ 2,209.46 | $ (2,209.46) | $ - | |
| | 8/15/2025 | $ 600.00 | | $ 600.00 | $ 600.00 | |
| | 9/3/2025 | $ 2,209.46 | | $ 2,209.46 | $ 2,809.46 | |
| 8/1/2025 | 9/4/2025 | | $ 2,209.46 | $ (2,209.46) | $ 600.00 | |
| | 12/5/2025 | $ 2,209.46 | | $ 2,209.46 | $ 2,809.46 | |
| 9/1/2025 | 12/8/2025 | | $ 2,209.46 | $ (2,209.46) | $ 600.00 | |
| | | | | $ - | $ 600.00 | |

| Name: | Paul P Davis | | | |
|---|---|---|---|---|
| BK Case Number: | 25-11312 | | | |
| Filing Date: | 4/3/2025 | | | |
| Due Date | Total Payment | P & I | Escrow | NOPC Filed Date |
| 10/1/2025 | $ 2,209.46 | $ 1,427.96 | $ 781.50 | |
| 11/1/2025 | $ 2,209.46 | $ 1,427.96 | $ 781.50 | |
| 12/1/2025 | $ 2,209.46 | $ 1,427.96 | $ 781.50 | |
| **Total Due** | **$ 6,628.38** | **$ 4,283.88** | **$ 2,344.50** | |