# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Paul F. Davis,

*Debtor*.

Case No. 25-11312-DJB
Chapter 13

## Motion to Modify Plan After Confirmation

Debtor Paul F. Davis, through his attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on April 3, 2025.

2. The plan was confirmed on August 14, 2025.

3. The plan was modified on November 14, 2025 to address a claim filed post-confirmation by the City of Philadelphia.

4. The proposed modified plan rolls in the post-petition mortgage arrears in line with the stipulation that was recently approved at ECF No. 45, and increases the plan payments moving forward.

5. The Debtor asks this Court to approve the proposed modified plan filed at ECF No. 46.

**NOW, THEREFORE,** the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: January 21, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com