# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Paul F. Davis,<br><br>*Debtor*. | Case No. 25-11312-DJB<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on January 21, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan After Confirmation and Proposed Order

- Notice of Motion to Modify Plan After Confirmation

- Modified Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: January 21, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Mailing List Exhibit:**            Document      Page 2 of 2

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**PHH Mortgage Corporation**
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416
Method of Service: CM/ECF

**U.S. Dept. of Housing and Urban Development**
801 Market Street
Philadelphia, PA 19107
Method of Service: First Class Mail

**City of Philadelphia Law Department**
Tax Litigation and Collections
1401 John F. Kennedy Blvd, 5th Floor
Philadelphia, PA 19102
Method of Service: First Class Mail